**No. 49604.**—Petition 6305–R of National Silver Co. (Los Angeles).

Opinion by COLE, J. The Government virtually conceded that entry at the lower value by petitioner was without intention to defraud the revenue of the United States. In view of a report signed by various Government officials stating that in their opinion the importer acted in good faith, and the court being satisfied of this fact from an examination of the record and consideration of all the circumstances, the petition was granted.